Felicia Medina (CA 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER KIMPEL, LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2024
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE FRETTER and MARIA KORSGAARD, individually and on behalf of a class of similarly situated female employees,<br><br>Plaintiffs,<br><br>vs.<br><br>BOSTON SCIENTIFIC NEUROMODULATION CORPORATION AND DOES 1- 10.<br><br>Defendants. | Case No. 2:15-cv-01988-DSF-JC<br><br>**DECLARATION OF FELICIA MEDINA IN SUPPORT OF JOINT STATEMENT REGARDING CASE STATUS AND STIPULATION TO MODIFY SCHEDULING ORDER** |

DECLARATION OF FELICIA MEDINA IN SUPPORT OF JOINT STATEMENT
REGARDING CASE STATUS AND STIPULATION TO MODIFY SCHEDULING ORDER

1. I am an attorney duly admitted to practice law in the State of California and the United States District Court for the Central District of California.

2. I am the Managing Partner of Sanford Heisler Kimpel, LLP's San Francisco Office.

3. The following is based on my personal knowledge and if called as a witness, I could and would testify competently thereto.

4. I make this declaration in support of the Parties' Joint Statement Regarding Case Status and Stipulation to Modify Scheduling Order.

5. The Court previously approved a Joint Stipulation to Modify Scheduling Order on August 20, 2015, continuing the dates associated with Plaintiffs' Motion for Equal Pay Act (EPA) Conditional Certification by one month to permit the Parties to resolve discovery disputes.

6. The Court approved a Joint Stipulation for Temporary Stay Pending Mediation on September 23, 2015, continuing all scheduled deadlines and hearings for 80 days pending mediation between the Parties on November 5, 2015.

7. On November 5, 2015, the Parties attended a private mediation with JAMS-NY Mediator, Carol Wittenberg. The mediation was successful and a Memorandum of Understanding of material settlement terms was executed. The parties are negotiating the details of the final written settlement agreements.

—2—   DECLARATION OF FELICIA MEDINA IN SUPPORT OF JOINT STATEMENT
REGARDING CASE STATUS AND STIPULATION TO MODIFY SCHEDULING ORDER

8. Plaintiffs anticipate filing a motion to dismiss the case with prejudice by December 31, 2015.

9. Accordingly, the Parties are jointly requesting that the stay be extended until the Motion to Dismiss the case is filed, which shall be no later than January 29, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of November 2015 in San Francisco, California

/s/ Felicia Medina
Felicia Medina