Felicia Medina (CA 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER KIMPEL, LLP**
111 Sutter Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2024
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs and the Class*

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE FRETTER and MARIA KORSGAARD, individually and on behalf of a class of similarly situated female employees,<br><br>Plaintiffs,<br><br>-- against --<br><br>BOSTON SCIENTIFIC NEUROMODULATION CORPORATION AND DOES 1- 10.<br><br>Defendant. | No. 2:15-cv-01988-DSF-JC<br><br>*Hon. Dale S. Fischer*<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint filed: March 18, 2015 |

Pursuant to Rule 41(a), named plaintiffs Denise Fretter and Maria Korsgaard, and claimants Jennifer Poveromo, Rona Martin, Sarah Leahey, Sherrie Van Oss, Amber Arthur, Cynthia Mouzakis, Michelle Mendrysa, Courtney Pippins, Jamie Rose Sais, Lindsay Mendes, and Jacqueline Samocha, through their

counsel, hereby stipulate to dismissal of this action with prejudice and with all parties to bear their own costs.

**IT IS SO STIPULATED**

DATED: 2/1/2016                     SANFORD HEISLER KIMPEL LLP

By:   /s/Felicia Medina_____
Felicia Medina (CA 255804)
fmedina@sanfordheisler.com
Xinying Valerian (CA 254890)
xvalerian@sanfordheisler.com
**SANFORD HEISLER KIMPEL LLP**
111 Sutter Street, Suite 975
San Francisco, CA 94104
Telephone: (415) 795-2024
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs and the Class*

DATED: 2/1/2016                     MORGAN, LEWIS & BOCKIUS LLP

By:   /s/Grace Speights_____
Grace E. Speights (admitted pro hac vice)
gspeights@morganlewis.com
Marianne Hogan (admitted pro hac vice)
mhogan@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue NW
Washington, DC 2004

*Attorneys for Defendant*
*Boston Scientific*
*Neuromodulation Corporation*